FILED
OCT 1 7 2002
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMBROSIO & SIROIS VENTURE PARTNERS LP, SERIES I, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 4:02CV00725 HEA<br>) |
| MARION BASS SECURITIES CORPORATION, et al., | )<br>)<br>)<br>) |
| Defendants. | ) |

### ENTRY OF DEFAULT BY CLERK

Comes Now the Clerk of the United States District Court, Eastern District of Missouri, Eastern Division, and, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, enters default against defendant Marion Bass.

James G. Woodward, Clerk
United States District Court

Dated this 17th day of October, 2002.

35

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 10/17/02 by mmosley
                 4:02cv725    Ambrosio & Sirois I vs Marion Bass Security

15:78m(a) Securities Exchange Act

| | |
|---|---|
| Kelly Bailey - 107549 | Fax: 314-725-1609 |
| David Harris - | Fax: 305-461-1671 |
| Al Johnson - 5386 | Fax: 314-725-1609 |

Robert Lewis -
7105 Marcel Lane
Apartment 528
Charlotte, NC  28226

Marion Bass
4104-B Bannockburn Place
Charlotte, NC 28211

SCANNED & FAXED BY:
OCT 1 8 2002
K F