UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION
www.moed.uscourts.gov

| | |
|---|---|
| AMBROSIO & SIROIS VENTURE PARTNERS, LP, ) ) ) | |
| Plaintiff(s), ) ) ) | |
| vs. ) ) | Case No. 4:02CV00725HEA |
| MARION BASS SECURITY, et. al., ) ) ) | |
| Defendant(s). ) | |

## ORDER

Upon review of the Court file, the Court notes that there has been no answer filed in this action since the ruling on the Motions to Dismiss filed by defendant **Sean Henry and Robert Lewis** on **April 28, 2003 and January 9, 2004 respectively**.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 19th day of March, 2004.

HENRY E. AUTREY
UNITED STATES DISTRICT JUDGE