**F I L E D**

MAY 2 4 2004

U. S. DISTRICT COURT
E. DISTRICT OF MO.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

AMBROSIO & SIROIS VENTURE )
PARTNERS LP, SERIES I, et al., )
)
      Plaintiffs, )
)
)
)
v. )    Case No.  4:02CV00725 ~~CAS~~ HEA
)
)
MARION BASS SECURITIES )
CORPORATION, et al., )
)
)
      Defendants, )

<u>**Memorandum of the Defendant, Robert Lewis, to the Honorable Courts order, and
Response to the Plaintiff's Amended Complaint**</u>

On this day, May 20th, 2004 the Defendant, Robert Lewis, received the

Memorandum and order of the Honorable court granting the entry of default against the

defendant to be set aside, as well the need for the defendant to file a response to the

Amended Complaint.

The following is the response of the defendant, Robert Lewis, to the Plaintiff's Amended Complaint:

**Count 1** – *"Violations of ~10(B) of the Securities Exchange Act of 1934, and Rule 10(B)-5."*

> For the claims # 100 – 114, the defendant denies *all* claims and states that the Plaintiff's representations of the defendant's role and/or involvement are simply not true, and/or grossly overstated.

**Count 2** – *"Liability as controlling persons pursuant to Section 20(A) of the Security Act of 1934."*

> For the claims # 115 – 117, the defendant denies *all* claims and states that the Plaintiff's representations of the defendant's role and/or involvement are simply not true, and/or grossly overstated.

**Count 3** – *"Violations of ~~12(1) and 12(2) of the Securities Act of 1933; 15 USCA ~771."*

> For the claims # 118 – 122, the defendant denies *all* claims and states that the Plaintiff's representations of the defendant's role and/or involvement are simply not true, and/or grossly overstated.

**Count 4 –** *"Violation of Chapter 409, Missouri Statutes."*

> For the claims # 123 – 132, the defendant denies **all** claims and states that the Plaintiff's representations of the defendant's role and/or involvement are simply not true, and/or grossly overstated.

**Count 5 –** *"Violations as controlling persons pursuant to Section 409.411(B), Missouri Statutes."*

> For the claims # 133 – 135, the defendant denies **all** claims and states that the Plaintiff's representations of the defendant's role and/or involvement are simply not true, and/or grossly overstated.

**Count 6 –** *"Common Law Fraud"*

> For the claims # 136 – 145, the defendant denies **all** claims and states that the Plaintiff's representations of the defendant's role and/or involvement are simply not true, and/or grossly overstated.

**Count 7 –** *"Common Law breach of Fiduciary Duty"*

> For the claims # 146 – 152, the defendant denies **all** claims and states that the Plaintiff's representations of the defendant's role and/or involvement are simply not true, and/or grossly overstated.

**Count 8 –** *"Negligence"*

> For the claims # 153 – 159, the defendant denies *all* claims and states that the
>
> Plaintiff's representations of the defendant's role and/or involvement are
>
> simply not true, and/or grossly overstated.

This is the formal response of the Defendant, Robert Lewis, to the Plaintiff's

amended complaints, as requested by the Honorable Court.

Respectfully submitted,

Robert W. Lewis II
7105 Marcel Lane
Apt. #528
Charlotte, NC 28226
Phone # 704-562-0463